NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-10

STATE OF LOUISIANA

VERSUS

CLARENCE ALLEN COLEMAN

**********

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 70791
HONORABLE JOHN PHILIP MAUFFRAY, JR., DISTRICT JUDGE

**********

JOHN B. SCOFIELD
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and John B. Scofield, Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

Clarence Allen Coleman
LaSalle Corr Center A-Dorm
15976 Hwy. 165
Olla, LA 71465-4801
Counsel for Defendant-Appellant
Pro Se

Mary Constance Hanes
P. O. Box 4015
New Orleans, LA 70178-4015
Counsel for Defendant-Appellant
Clarence Allen Coleman


Walter Evans Dorroh, Jr.

**P.O. Box 1940**
**Jena, LA 71342**
**Counsel for Appellee**
      **State of Louisiana**

**Hon. J. Reed Walters**
**P. O. Box 1940**
**Jena, LA 71342**
**Counsel for Appellee**
      **State of Louisiana**